36881-JMCGH

FILED BY_____D.C.

05 JUN -6 AM 9: 38

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| WOOD M. DEMING, M.D., REGIONAL CARDIOLOGY CONSULTANTS, P.C., <br><br> Plaintiffs, <br><br> VS. <br><br> JACKSON-MADISON COUNTY GENERAL HOSPITAL DISTRICT; WEST TENNESSEE HEALTHCARE, INC.; DEAN CURRIE, M.D.; JAMES ELLIS, M.D.; JOHN MATTHEWS, M.D.; SHAWN ISAEFF, M.D.; JOHN BAKER, M.D.; CHARLES HERTZ, M.D.; R. PAUL CAUDILL, JR., M.D.; JAMES MOSS; CURRIE SANDERS; AMERICAN MEDICO-LEGAL FOUNDATION, INC.; CHRISTOPHER CATES, M.D.; JOSEPH GARASIC, M.D.; AND KHUSROW A. K. NIAZI, M.D., <br><br> Defendants. | NO. 1-05-1032-T |

## ORDER GRANTING DEFENDANTS' MOTION TO EXCEED THE PAGE LIMITATIONS FOR MEMORANDA IN SUPPORT OF MOTIONS

This cause came to be heard on the Motion of Defendants to exceed the page limitations for memoranda in support of motions as set forth in Rule LR 7.2(e) of the Local Rules of the United States District Court for the Western District of Tennessee, and the entire record in this cause, from all of which the Court finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __6/6/05__

39

36881-JMCGH

be allowed to file a memorandum of law not to exceed eighty (80) pages in support of their intended motion to dismiss and/or for summary judgment.

_____
U. S. DISTRICT COURT JUDGE

Date  6 June 2005

2



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 1:05-CV-01032 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Anthony Charles Pietrangelo
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Patrick Wayne Rogers
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT