36881-JMCGH

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY
_____
JUL 1 2 2005
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

| | | |
|---|---|---|
| WOOD M. DEMING, M.D., REGIONAL CARDIOLOGY CONSULTANTS, P.C., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| VS. | ) | NO. 1-05-1032-T |
| JACKSON-MADISON COUNTY GENERAL HOSPITAL DISTRICT; WEST TENNESSEE HEALTHCARE, INC.; DEAN CURRIE, M.D.; JAMES ELLIS, M.D.; JOHN MATTHEWS, M.D.; SHAWN ISAEFF, M.D.; JOHN BAKER, M.D.; CHARLES HERTZ, M.D.; R. PAUL CAUDILL, JR., M.D.; JAMES MOSS; CURRIE SANDERS; AMERICAN MEDICO-LEGAL FOUNDATION, INC.; CHRISTOPHER CATES, M.D.; JOSEPH GARASIC, M.D.; AND KHUSROW A. K. NIAZI, M.D., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

---

### ORDER GRANTING DEFENDANTS' MOTION TO FILE PLEADINGS AND DOCUMENTS UNDER SEAL

---

This cause came to be heard upon the Motion of Defendants to file the Memorandum of Law in support of their Motion to Dismiss and/or for Summary Judgment, the exhibits in support of that Motion, Defendants' Statement of Undisputed Material Facts, and the Affidavits of Dean Currie, M.D. and Charles Hertz, M.D. under seal, and the entire record in this cause, from all of which the Court finds that the motion is well-taken and should be granted.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on __7/12/05__

36881-JMCGH

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants be permitted to file the Memorandum of Law in Support of their Motion to Dismiss and/or for Summary Judgment, the exhibits in support of that Motion, Defendants' Statement of Undisputed Material Facts, and the Affidavits of Dean Currie, M.D. and Charles Hertz, M.D. under seal.

_____
U. S. DISTRICT COURT JUDGE

11 July 2005
Date

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 1:05-CV-01032 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Anthony Charles Pietrangelo
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Patrick Wayne Rogers
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT