IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

WOOD M. DEMING, M.D., REGIONAL
CARDIOLOGY CONSULTANTS, P.C.,

    Plaintiffs,

VS.                                        No. 05-1032-T

JACKSON-MADISON COUNTY GENERAL
HOSPITAL DISTRICT, et al.,

    Defendants.

## ORDER OF REFERENCE

Defendants' Motion to Postpone Scheduling Conference and Entry of a Scheduling Order and to Temporarily Suspend Defendants' Obligations Under Rule 26 and Motion for Protective Order to Stay Discovery are hereby referred to United States Magistrate Judge Thomas Anderson for disposition.

    IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

13 July 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  7/14/05

53

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 1:05-CV-01032 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Patrick Wayne Rogers
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Anthony Charles Pietrangelo
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT