IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| WOOD M. DEMING, M.D., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) NO.: 05-1032-T-An |
| | ) |
| JACKSON-MADISON COUNTY | ) |
| GENERAL HOSPITAL DISTRICT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER CANCELING SCHEDULING CONFERENCE

Pursuant to a Notice of Setting, a FED. R. CIV. P. Rule 16(b) Scheduling Conference was set for July 29, 2005.

However, on July 5, 2005, Counsel for the Defendants filed a Motion to Postpone Scheduling Conference and Entry of a Scheduling Order and to Temporarily Suspend Defendants' Obligations under Rule 26 and Motion for Protective Order to Stay Discovery. (D.E. # 42). Plaintiffs have not yet responded to the motion.

For the reasons set forth, the Scheduling Conference set for July 29, 2005 shall be re-set after the Plaintiffs have responded and the Court has ruled on the pending motion in this matter

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 7/19/05



**IT IS SO ORDERED.**

*/s/ Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: July 18, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 1:05-CV-01032 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Anthony Charles Pietrangelo
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Patrick Wayne Rogers
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT