IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ D.C.
05 AUG -4 PM 4:59
THOMAS M. GOULD
CLERK US DISTRICT COURT
WD OF TN JACKSON

WOOD M. DEMING, M.D., REGIONAL CARDIOLOGY CONSULTANTS, P.C.,

Plaintiffs,

VS. No. 05-1032-T

JACKSON-MADISON COUNTY GENERAL HOSPITAL DISTRICT; et al.,

Defendants.

ORDER OF REFERENCE

Plaintiffs' Rule 56(f) Motion to Postpone Ruling on Defendants' Motion to Dismiss and/or for Summary Judgment and to Allow Plaintiffs to Conduct Discovery and Accompanying Statement Regarding Consultation are hereby referred to United States Magistrate Judge Thomas Anderson for disposition.

IT IS SO ORDERED.

James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

4 August 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/5/05

60

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 1:05-CV-01032 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

Patrick Wayne Rogers
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Anthony Charles Pietrangelo
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT