IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



| | |
|---|---|
| WOOD M. DEMING, M.D., ) | |
| REGIONAL CARDIOLOGY ) | |
| CONSULTANTS, P.C., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO.   1-05-1032-T |
| ) | |
| JACKSON-MADISON COUNTY ) | |
| GENERAL HOSPITAL DISTRICT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

---

## ORDER DENYING DEFENDANTS' MOTION TO POSTPONE SCHEDULING CONFERENCE AND ENTRY OF A SCHEDULING ORDER AND TO TEMPORARILY SUSPEND DEFENDANTS' OBLIGATIONS UNDER RULE 26 AND MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY

---

Before the Court is Defendants' Motion to Postpone Scheduling Conference and Entry of a Scheduling Order and to Temporarily Suspend Defendants' Obligations Under Rule 26 and Motion for Protective Order to Stay Discovery filed on July 5, 2005. United States District Judge James D. Todd referred this matter to the Magistrate Judge for disposition. The Motion is **DENIED**.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 8/31/05

The Court will schedule a Rule 16(b) Scheduling Conference to discuss and develop a Scheduling Order which will govern the deadlines for completing discovery.

**IT IS SO ORDERED.**

S. Thomas Anderson

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 30, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 1:05-CV-01032 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Patrick Wayne Rogers
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Anthony Charles Pietrangelo
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT