IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 OCT -4 PM 1:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| WOOD M. DEMING, M.D., et al., | ) |
| Plaintiffs, | ) |
| vs. | ) NO.: 05-1032-T-An |
| JACKSON-MADISON COUNTY GENERAL HOSPITAL DISTRICT, et al., | ) |
| Defendants. | ) |

### ORDER SETTING SCHEDULING CONFERENCE

Pursuant to an Order entered by United States District Judge James D. Todd on September 27, 2005, a Scheduling Conference is to be set in this matter.

It is therefore **ORDERED** that the parties shall appear for a scheduling conference to be held before United States Magistrate Judge S. Thomas Anderson on **TUESDAY, OCTOBER 18, 2005 at 10:00 a.m.** in the Magistrate Judge's Courtroom, 4th floor, United States Courthouse, Jackson, Tennessee. Counsel shall confer and submit a proposed Scheduling Order to the undersigned's chambers at least 24 hours before the conference.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 03, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/4/05

1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 1:05-CV-01032 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

___

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Patrick Wayne Rogers
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Anthony Charles Pietrangelo
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT