36881-JMCGH

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| WOOD M. DEMING, M.D., REGIONAL CARDIOLOGY CONSULTANTS, P.C., | ) ) ) |
| Plaintiffs, | ) ) |
| VS. | ) NO. 1-05-1032-T |
| JACKSON-MADISON COUNTY GENERAL HOSPITAL DISTRICT; WEST TENNESSEE HEALTHCARE, INC.; DEAN CURRIE, M.D.; JAMES ELLIS, M.D.; JOHN MATTHEWS, M.D.; SHAWN ISAEFF, M.D.; JOHN BAKER, M.D.; CHARLES HERTZ, M.D.; R. PAUL CAUDILL, JR., M.D.; JAMES MOSS; CURRIE SANDERS; AMERICAN MEDICO-LEGAL FOUNDATION, INC.; CHRISTOPHER CATES, M.D.; JOSEPH GARASIC, M.D.; AND KHUSROW A. K. NIAZI, M.D., | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

---

### ORDER GRANTING DEFENDANTS' MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFFS' STATEMENT OF PRELIMINARY DISCOVERY ISSUES NECESSARY FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

---

Defendants in the above-referenced matter have moved the Court, pursuant to Rule 7.1 of the Rules of the United States District Court for the Western District of Tennessee and any other applicable local rule for an order granting Defendants additional time in which to respond to Plaintiffs' Statement of Preliminary Discovery Issues Necessary for Plaintiffs to Respond to Defendants' Motion to Dismiss and/or for Summary Judgment.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/23/05

1

36881-JMCGH

IT IS, THEREFORE, ORDERED that Defendants' Motion for Additional Time to Respond to Plaintiffs' statement of Preliminary Discovery Issues Necessary for Plaintiffs to Respond to Defendants' Motion to Dismiss and/or for Summary Judgment is hereby granted and Defendants shall be granted an additional nine (9) days up to and including November 30, 2005, in which to respond to Plaintiffs' Statement of Preliminary Discovery Issues Necessary for Plaintiffs to Respond to Defendants' Motion to Dismiss and/or for Summary Judgment.

ENTERED:

*S. Thomas Anderson*
S. THOMAS ANDERSON
Magistrate Judge

November 21, 2005
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 1:05-CV-01032 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Patrick Wayne Rogers
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Anthony Charles Pietrangelo
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT