IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| WOOD M. DEMING, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO.: 05-1032-T-An |
| ) | |
| JACKSON-MADISON COUNTY ) | |
| GENERAL HOSPITAL DISTRICT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## PHASE I RULE 16(B) SCHEDULING ORDER

On November 7, 2005, the Court held a Scheduling Conference between the parties and deadlines were established for the following:

**SUBMISSION OF LIST OF TOPICS TO BE INCLUDED DURING INITIAL PHASE OF DISCOVERY:** November 21, 2005

**SUBMISSION OF LIST OF WITNESSES TO BE DEPOSED DURING INITIAL PHASE OF DISCOVERY:** November 21, 2005

**COMPLETION OF INITIAL PHASE OF DISCOVERY SUFFICIENT FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT:** April 3, 2006

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT:** May 5, 2006

Absent good cause shown, the scheduling dates set by this Order will not be modified or

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/28/05

72

extended.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 17, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 1:05-CV-01032 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Patrick Wayne Rogers
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Anthony Charles Pietrangelo
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT